# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,      :    No. 47 WM 2021
                                   :
                    Respondent     :
                                   :
                                   :
                                   :
            v.                     :
                                   :
                                   :
FRANCIS ANTHONY MILLIARD,          :
                                   :
                    Petitioner     :

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of December, 2021, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is GRANTED. Counsel is ORDERED to file a Petition for Allowance of Appeal within 15 days.